# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

OLGA RAMOS,

    Plaintiff,

v.

NORTHSIDE HOSPITAL, INC., et al.,

    Defendants.

Case No. CV 18-5403 FMO (Ex)

**ORDER TO SHOW CAUSE**

On June 16, 2018, plaintiff Olga Ramos ("plaintiff") filed in the instant action, (Dkt. 1, "Complaint"), and on July 25, 2018, attorney Katherine J. Odenbreit ("Ms. Odenbreit"), specially appearing on behalf of plaintiff's attorney of record, Gregory G. Petersen, filed an Ex Parte Application to Stay Case Pending New Legal Representation and Noting Death of Attorney of Record and for Special Appearance to File First Amended Complaint, (Dkt. 16, "Notice"). The Court's Order of July 26, 2018, (Dkt. 18), stayed the case until September 24, 2018, to allow plaintiff to find new counsel. As of the filing date of this Order, new counsel has not appeared on behalf of plaintiff. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT:

1. Plaintiff Olga Ramos is hereby deemed to be proceeding pro se. The Clerk shall terminate attorney Gregory G. Petersen as counsel in this case.

2. Plaintiff Ramos shall file a Notice of Change of Address pursuant to Local Rule 41-6 ("Dismissal – Failure of Pro Se Plaintiff to Keep Court Apprised of Current Address") no later than **November 5, 2018**. Plaintiff is advised that failure to file her Notice by November 5, 2018, may result in the dismissal of this action without prejudice for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

3. Specially-appearing attorney Katherine Odenbreit shall serve this Order upon plaintiff Ramos and file a proof of service no later than two business days from the filing date of this Order.

Dated this 22nd day of October, 2018.

/s/
Fernando M. Olguin
United States District Judge