UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA RAMOS,<br><br>          Plaintiff,<br><br>     v.<br><br>NORTHSIDE HOSPITAL, INC., et al.,<br><br>          Defendants. | Case No. CV 18-5403 FMO (Ex)<br><br>**ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |

Pursuant to the Court's Order of October 22, 2018, (Dkt. 20), pro se plaintiff Olga Ramos ("plaintiff") was informed of her obligation to keep the court apprised of her current address pursuant to Local Rule 41-6 ("Dismissal – Failure of Pro Se Plaintiff to Keep Court Apprised of Current Address") and to file a Notice of Change of Address no later than November 5, 2018. On November 1, 2018, attorney Katherine Odenbreit, as specially-appearing counsel, filed a Proof of Service on the Court's Order of October 22, 2018. (See Dkt. 21, Proof of Service). Ms. Odenbreit also filed a Declaration stating she served plaintiff with both the Court's Order of October 22, 2018, as well as a Spanish-translated version. (See Dkt. 21-1, Odenbreit Decl. at ¶ 2 and Exh. A). As of the filing date of this Order, a Notice of Change of Address has not been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT:

    1. The Clerk shall terminate attorney Katherine Odenbreit as specially-appearing counsel.

2.  This action is dismissed without prejudice for lack of prosecution.  See Fed. R. Civ. P. 41(b); Local Rule 41-6; <u>Link v. Wabash R.R. Co.</u>, 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 15th day of November, 2018.

                                              /s/
                              Fernando M. Olguin
                        United States District Judge