JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OLGA RAMOS,<br><br>          Plaintiff,<br><br>          v.<br><br>NORTHSIDE HOSPITAL, INC., et al.,<br><br>          Defendants. | Case No. CV 18-5403 FMO (Ex)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is dismissed without prejudice.

Dated this 15th day of November, 2018.

                                                                                        /s/
                                                                Fernando M. Olguin
                                                           United States District Judge